**UNITED STATES DISCTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| UNIVERSAL PROTECTION SERVICE, LLC<br>d/b/a Allied Universal Security Services<br><br>       *Plaintiff*,<br><br>  vs.<br><br>JEFFREY R. BOHLING;<br>KELVIN N. SMITH; and<br>BOHLING PROTECTIVE SERVICES, LLC<br><br>      *Defendants*. | Case No. 1:23-cv-00851-MLB |

**ACCEPTANCE OF SERVICE ON BEHALF OF**
**JEFFREY R. BOHLING AND BOHLING PROTECTIVE SERVICES, LLC**

Pursuant to the Federal Rules of Civil Procedure, Rule 4, the undersigned counsel hereby acknowledges and accepts service of process of Plaintiffs' Complaint and Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction behalf of Defendants Jeffrey R. Bohling and Bohling Protective Services, LLC on March 10, 2023.

This 15th day of March, 2023.

              **TAYLOR ENGLISH DUMA LLP**

              */s/ Alison M. Ballard*
              Todd E. Jones
              Georgia Bar No. 403925

{02516857-1 }

Alison M. Ballard
Georgia Bar No. 940630
Nicholas F. McDaniel
Georgia Bar No. 629771
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
T: (770) 434-6868
F: (770) 434-7376
tjones@taylorenglish.com
aballard@taylorenglish.com
nmcdaniel@taylorenglish.com